UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>ANTHONY L. SHARKEY,<br>    Defendant. | CRIMINAL ACTION NO. 5:11-84-KKC<br><br><br>**MEMORANDUM**<br>**OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Anthony Sharkey's motion (DE 47) for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses.

Sharkey pleaded guilty to conspiracy to distribute marijuana. (DE 38, Judgment). On May 3, 2012, the Court sentenced Sharkey to a term of 70 months imprisonment. (DE 38, Judgment). Sharkey is scheduled to be released from prison on August 5, 2015.

"The court shall not order a reduced term of imprisonment based on Amendment 782 unless the effective date of the court's order is November 1, 2015, or later." U.S.S.G. § 1B1.10(e)(1). Therefore, defendants who will be released *prior* to November 1, 2015 are not eligible for the two-point reduction pursuant to Amendment 782.

Here, Sharkey has an anticipated release date of August 5, 2015. Sharkey will be released before a court order could be effective to reduce his term of imprisonment; therefore, Sharkey is not eligible for a sentence reduction.

Accordingly, the Court **ORDERS** that the defendant's motion for a sentencing reduction (DE 47) is **DENIED**.

Dated April 8, 2015.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY